Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

*Attorneys for Plaintiffs Jean MacDonald, Veronica H. Aguirre, and Brian C. Barbee*

Amir Nassihi
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
anassihi@shb.com

John M. Thomas (266842)
jthomas@dykema.com
Krista L. Lenart (admitted *pro hac vice*)
klenart@dykema.com
David M. George (admitted *pro hac vice)*
dgeorge@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48103
Telephone:  (734) 214-7600
Facsimile:  (855) 264-3653

*Attorneys for Defendant FORD MOTOR COMPANY*

APPROVED
Judge Jon S. Tigar

Dated:  April 24, 2014

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>         Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY,<br><br>         Defendant. | Case No. 3:13-cv-02988-JSC<br><br>Honorable Judge Jon S. Tigar<br><br>**STIPULATION TO EXTEND TIME FOR FORD TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO L.R. 6.1(A)**<br><br>Current response date:  April 28, 2014<br>New response date:  May 6, 2014 |

1   WHEREAS, Plaintiffs Jean MacDonald, Veronica H. Aguirre, and Brian C. Barbee
2   ("Plaintiffs") filed their Second Amended Class Action Complaint ("SAC") on October 24, 2013,
3   against Defendant Ford Motor Company ("Defendant");

4   WHEREAS, Defendant filed a Motion to Dismiss the SAC on November 14, 2013, to which
5   the Court issued an Order Granting in Part, Denying in Part Defendant's Motion to Dismiss on
6   March 31, 2014;

7   WHEREAS, the Court ordered Plaintiffs to file an amended complaint or a notice of
8   submission to the Court's dismissal of those claims by April 14, 2014.

9   WHEREAS, on April 14, 2014, Plaintiffs filed a Notice Submitting to the Court's Order on
10  Defendant's Motion to Dismiss Second Amended Complaint, which indicated that they would not be
11  filing an additional amended complaint at this time, but that Plaintiffs reserved the right to seek
12  leave to file an amended complaint at a later time, should further facts arise;

13  WHEREAS, pursuant to Fed. R. Civ. Pro. 12(a)(4), Defendant's response to Plaintiff's SAC
14  was originally due on April 28, 2014;

15  WHEREAS, on or around April 15, 2014, Defendant's counsel contacted Plaintiffs' counsel
16  with a request to extend Defendant's time to respond to Plaintiffs' SAC until May 6, 2014, and
17  Plaintiffs agreed to the requested extension;

18  NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel hereby
19  stipulate, pursuant to L.R. 6.1(a), that Ford Motor Company shall have until May 6, 2014 to respond
20  to Plaintiffs' Second Amended Class Action Complaint.

1  IT IS SO STIPULATED.

2

3  Dated: April 23, 2014

4                                    By:    /s/ Cody R. Padgett
                                            Jordan L. Lurie
5                                           Tarek H. Zohdy
                                            Cody R. Padgett
6                                           Capstone Law APC
                                            1840 Century Park East, Suite 450
7                                           Los Angeles, California 90067
                                            Telephone: (310) 556-4811
8
                                            *Attorneys for Plaintiffs*,
9

10 Dated: April 23, 2014

11                                   By:    /s/ David M. George
                                            John M. Thomas
12                                          Krista L. Lenart (admitted pro hac vice)
                                            David M. George (admitted pro hac vice)
13                                          DYKEMA GOSSETT PLLC
                                            2723 South State Street, Suite 400
14                                          Ann Arbor, MI 48103
                                            Telephone: (734) 214-7600
15
                                            Amir Nassihi
16                                          One Montgomery, Suite 2700
                                            San Francisco, California 94104
17                                          Telephone: (415) 544-1900

18                                          *Attorneys for Defendant*

19

20

21

22

23

24

25

26

27

28

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 23, 2014.

Dated:  April 23, 2014	DYKEMA GOSSETT PLLC


	By: /s/ David M. George
	*Attorney for Defendant*