1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, AND BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:13-cv-02988-JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESET DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. John S. Tigar<br><br>Complaint Served:  July 2, 2013 |

1  Having considered the parties' joint stipulation, and good cause being found, the Court
2  Orders:
3    1.   The date of the Case Management Conference is hereby reset from Wednesday,
4  October 8, 2014 to Wednesday, November 5, 2014 at 2:00 p.m; and
5    2.   The parties' Case Management Statement shall be due by October 29, 2014.

IT IS SO ORDERED.

Dated: _September 25, 2014

