1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10  JEAN MACDONALD, VERONICA H.                  Case No.  3:13-cv-02988-JST
    AGUIRRE, and BRIAN C. BARBEE,
11  individually, and on behalf of a class of    The Honorable Jon S. Tigar
    similarly situated individuals,
12
              Plaintiff,                         **[PROPOSED] ORDER GRANTING
13                                               STIPULATION TO CONTINUE THE
        vs.                                      HEARING DATE FOR EVIDENTIARY
14                                               HEARING ON CATALYST FEES**
15  FORD MOTOR COMPANY ,
16            Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the parties' joint stipulation, and good cause being found, the Court Orders:

1. The date of the Evidentiary Hearing on Catalyst Fees is hereby reset from Tuesday, July 7, 2015 to, August 4, 2015 , 2015 at 2:00 p.m.

SO ORDERED:

DATED: December 9, 2014

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jon S. Tigar]*