UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MACDONALD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 13-cv-02988-JST<br><br>**ORDER DENYING STIPULATION FOR PROTECTIVE ORDER WITHOUT PREJUDICE**<br><br>Re: ECF No. 61 |

The parties to this case have submitted a stipulated request for a protective order, and a proposed protective order for the Court's approval. ECF No. 61.

Because the proposed protective order differs from the Northern District of California's model protective order in material respects, see Stipulated Protective Order for Standard Litigation, available at http://www.cand.uscourts.gov/model-protective-orders, the Court hereby denies the stipulation without prejudice to the refiling of a revised protective order.

In any re-submitted order, the parties should either include the following paragraphs from the Court's model order, or explain why the language should be omitted: ¶¶ 1, 2, 3, 4, 5.1, 5.2(a), 6, 9(b).

IT IS SO ORDERED.

Dated: February 27, 2015

_____
JON S. TIGAR
United States District Judge