1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, AND BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:13-cv-02988-JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO BIFURCATE CATALYST FEE REQUEST AND MODIFY BRIEFING SCHEDULE**<br><br>Judge:   Hon. John S. Tigar |

Having considered the parties' joint stipulation, and good cause being found, the Court Orders:

1. The new deadline for Plaintiffs to file their motion regarding their entitlement attorneys' fees under a catalyst theory shall be June 22, 2015.

2. The new deadline for Ford to file its Opposition to Plaintiffs' motion for catalyst fees shall be August 6, 2015.

3. The new deadline for Plaintiffs to file their reply in support of the catalyst fee motion shall be August 27, 2015. The hearing date on Plaintiffs' motion shall be September 15, 2015, or another date to be set by the Court.

5. The proceedings related to Plaintiffs' catalyst fee motion shall be bifurcated. The first stage will determine only whether Plaintiffs are entitled to recover attorneys' fees under a catalyst theory. If the Court determines that Plaintiffs are entitled to fees, the amount of fees to be awarded will be determined in a second stage of the proceedings. The Court will set a Status Conference, if necessary, after the Court rules on Plaintiffs' Motion for Catalyst Fees, to set a schedule relating to the amount of Plaintiffs' fee request.

IT IS SO ORDERED.

Dated: March 31, 2015

By: _____
Hon. Judge



IT IS SO ORDERED
Judge Jon S. Tigar