Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:      (310) 943-0396

*Attorneys for Plaintiffs*

DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
Krista L. Lenart (admitted pro hac vice)
klenart@dykema.com
David M. George (admitted pro hac vice)
dgeorge@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI  48104
Telephone:  (734) 214-7673
Facsimile:  (855) 264-3653

SHOOK, HARDY & BACON L.L.P.
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:13-cv-02988-JST <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF PERSONALLY IDENTIFIABLE INFORMATION** <br><br> Judge:     Hon. John S. Tigar |

Plaintiffs JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE ("Plaintiffs"), and Defendant FORD MOTOR COMPANY ("Defendant") (collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate to the following:

Ford will be producing a document (MCN3 009661) which contains Personally Identifiable Information of its customers, which may include name, mailing address, telephone numbers, email addresses and social media account information ("PII")).  PII is contained in the "Comments" section of records from Ford's FMC360 (customer contacts) and GCQIS (technical contacts with dealers) databases.  Ford has advised Plaintiffs' counsel that the process of manually reviewing and redacting such PII from the "Comments" section of each contact will be time consuming and expensive.

In an effort to facilitate expedited production of this document, and any other similar documents which contain PII, the parties agree as follows:

IT IS ORDERED THAT:

1. Any PII contained in documents produced by Ford shall be treated as "Confidential" pursuant to the Protective Order entered in this matter.  (DE 67).

2. Absent an Order of this Court, neither Plaintiffs nor their counsel shall use PII contained in documents produced by Ford to communicate with any Ford customer, unless otherwise agreed.

3. Ford shall produce the document mentioned herein within 3 business days of the entry of this Order.

Dated:  August 12, 2015            Respectfully submitted,

CAPSTONE LAW APC

By:  */s/ Tarek H. Zohdy*

Tarek H. Zohdy
*Attorney for Plaintiffs*

1  Dated:  August 12, 2015                     Respectfully submitted,

2                                              DYKEMA GOSSETT PLLC

3

4                                              By:  */s/ David M. George*
                                                    David M. George

5                                              *Attorney for Defendant*

6

7     **IT IS SO ORDERED.**

8

9  Dated:  _____August 18_____, 2015         By: _____
                                                    Judge Jon S. Tigar
10                                                  United States District Judge



Stipulation and [Proposed] Order Regarding Production of Personally Identifiable Information
Case No. 3:13-cv-02988-JST

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 12, 2015.

By: */s/ Amir N. Nassihi*

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281