UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MACDONALD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 13-cv-02988-JST<br><br>**ORDER REGARDING PLAINTIFFS' REPLY BRIEF**<br><br>Re: ECF No. 76 |

On August 27, 2015, Plaintiffs' filed their Reply to Defendant's Opposition to their Motion for Attorneys' Fees. ECF No. 76. The reply brief contains redactions but does not generally comply with Civil Local Rule 79-5 or this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders). The brief was not accompanied by an administrative motion to file under seal or an unredacted version of the brief that indicates the portions of the document that have been omitted from the redacted version. See L.R. 79-5(d)(1)(D).

The Court will not consider the redacted reply brief, ECF No. 76, and directs Plaintiffs to re-submit the brief and exhibits after consulting the Civil Local Rules and the Standing Order. If Plaintiffs seek to redact information previously sealed by this Court, parties still bear the burden of establishing that the material is sealable.

Dated: August 28, 2015

                                                                    JON S. TIGAR<br>
                                                          United States District Judge