UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:13-cv-02988-JST<br><br>Honorable Judge Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE** |

Having considered the parties' joint stipulation, and good cause being found, the Court Orders:

1. The deadline for Ford to file its Opposition to Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Incentive Awards shall be extended to January 8, 2016.

2. The deadline for Plaintiffs to file their reply brief in support of their Motion for Attorneys' Fees shall be January 29, 2015.

3. The hearing on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Incentive Awards shall be February 11, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:   December 14   , 2015        By:_____
                                            Judge Jon S. Tigar
                                            United States District Judge