**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:13-cv-02988-JST<br><br>Honorable Judge Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE** |

Having considered the parties' joint stipulation, and good cause being found, the Court Orders:

1. The deadline for Ford to file its Opposition to Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Incentive Awards shall be extended to January 15, 2016.

2. The deadline for Plaintiffs to file their reply brief in support of their Motion for Attorneys' Fees shall be February 5, 2016.

3. The hearing on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Incentive Awards shall be February 25, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: _January 6, 2016_, 2016          By: _____
                                                Judge Jon S. Tigar
                                                United States District Judge