UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEAN MACDONALD, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 13-cv-02988-JST

**ORDER VACATING HEARING**

Re: ECF No. 93

Before the Court is Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Enhancement Awards. ECF No. 93. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 10, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: February 29, 2016

                                              JON S. TIGAR
                                    United States District Judge