Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

*Attorneys for Plaintiffs*

DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
Krista L. Lenart (admitted *pro hac vice*)
klenart@dykema.com
David M. George (admitted *pro hac vice*)
dgeorge@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI  48104
Telephone:  (734) 214-7660
Facsimile:  (734) 214-7696

SHOOK, HARDY & BACON L.L.P.
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>             Plaintiffs,<br><br>     vs.<br><br>FORD MOTOR COMPANY,<br>             Defendant. | Case No. 3:13-cv-02988-JSC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JUDGMENT**

Final Judgment is hereby entered as follows:

The claims raised by Plaintiffs Jean MacDonald, Veronica H. Aguirre, and Brian C. Barbee in the above-captioned matter are voluntarily dismissed.

Pursuant to the Court's May 31, 2016 Order (Dkt. No. 111, which is hereby incorporated herein by reference), which granted in part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Enhancement Awards, the Court awards Plaintiffs' counsel, Capstone Law APC, a total of $843,433.50 in attorneys' fees.

The Court directs the Clerk of the Court to close the case.

IT IS SO ORDERED AND ADJUDGED.

Dated:_____     _____
                                    JON S. TIGAR
                                    United States District Judge

**APPROVED AS TO FORM**

Dated: June 20, 2016            /s/ Jordan L. Lurie
                                Jordan L. Lurie

                                Counsel for Plaintiffs


Dated: June 20, 2016            /s/ John M. Thomas
                                John M. Thomas

                                Counsel for Defendant Ford Motor Company

1
[PROPOSED] JUDGMENT

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on June 20, 2016.

By: /s/ Robert K. Friedl
Robert K. Friedl
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396
