| | |
|---|---|
| 1 | Jordan L. Lurie (SBN 130013) |
|  | Jordan.Lurie@capstonelawyers.com |
| 2 | Robert K. Friedl (SBN 134947) |
|  | Robert.Friedl@capstonelawyers.com |
| 3 | Tarek H. Zohdy (SBN 247775) |
|  | Tarek.Zohdy@capstonelawyers.com |
| 4 | Cody R. Padgett (SBN 275553) |
|  | Cody.Padgett@capstonelawyers.com |
| 5 | Capstone Law APC |
|  | 1840 Century Park East, Suite 450 |
| 6 | Los Angeles, California 90067 |
|  | Telephone:   (310) 556-4811 |
| 7 | Facsimile:   (310) 943-0396 |
| 8 | *Attorneys for Plaintiffs* |
| 9 | DYKEMA GOSSETT PLLC |
|  | John M. Thomas (SBN 266842) |
| 10 | jthomas@dykema.com |
|  | Krista L. Lenart (admitted *pro hac vice*) |
| 11 | klenart@dykema.com |
|  | David M. George (admitted *pro hac vice*) |
| 12 | dgeorge@dykema.com |
|  | 2723 South State Street, Suite 400 |
| 13 | Ann Arbor, MI  48104 |
|  | Telephone: (734) 214-7660 |
| 14 | Facsimile: (734) 214-7696 |
| 15 | SHOOK, HARDY & BACON L.L.P. |
|  | Amir M. Nassihi (SBN 235936) |
| 16 | anassihi@shb.com |
|  | One Montgomery, Suite 2700 |
| 17 | San Francisco, California 94104 |
|  | Telephone: (415) 544-1900 |
| 18 | Facsimile: (415) 391-0281 |
| 19 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN MACDONALD, VERONICA H. AGUIRRE, and BRIAN C. BARBEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br>        Defendant. | Case No. 3:13-cv-02988-~~JSC~~ JST<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ JUDGMENT |

[PROPOSED] JUDGMENT

# JUDGMENT

Final Judgment is hereby entered as follows:

The claims raised by Plaintiffs Jean MacDonald, Veronica H. Aguirre, and Brian C. Barbee in the above-captioned matter are voluntarily dismissed.

Pursuant to the Court's May 31, 2016 Order (Dkt. No. 111, which is hereby incorporated herein by reference), which granted in part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Enhancement Awards, the Court awards Plaintiffs' counsel, Capstone Law APC, a total of $843,433.50 in attorneys' fees.

The Court directs the Clerk of the Court to close the case.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 20, 2016

JON S. TIGAR
United States District Judge

**APPROVED AS TO FORM**

Dated: June 20, 2016

/s/ Jordan L. Lurie
Jordan L. Lurie

Counsel for Plaintiffs

Dated: June 20, 2016

/s/ John M. Thomas
John M. Thomas

Counsel for Defendant Ford Motor Company

1
[PROPOSED] JUDGMENT